# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | | |
|---|---|---|
| CATHLEEN SUE NARDICO, | ) | Case No. ED CV 17-1499-AS |
| Plaintiff, | ) ) ) | **JUDGMENT** |
| v. | ) ) | |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | ) ) ) ) | |
| Defendant. | ) ) | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: April 12, 2018.

/s/<br>
ALKA SAGAR<br>
UNITED STATES MAGISTRATE JUDGE